IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristopher Andrew Jaramillo,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>United States of America,<br><br>　　　　　　　Respondent. | No. CV-19-08017-PCT-SPL (JFM)<br><br>(No. CR-15-08236-PCT-SPL)<br><br>**ORDER** |

　　　　Movant Kristopher Andrew Jaramillo has filed a Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("Motion") (Doc. 1). The Honorable James F. Metcalf, United States Magistrate Judge, has issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the Motion with prejudice. Judge Metcalf advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 24 at 4); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

　　　　The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not… require any review at all… of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court

will adopt the R&R and deny the Motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge James F. Metcalf's Report and Recommendation (Doc. 14) is **accepted** and **adopted** by the Court;

2. That the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (CV-19-08017-PCT-SPL (JFM), Doc. 1; CR-15-08236-PCT-SPL, Doc. 45) is **dismissed with prejudice**;

3. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **granted**;

4. That the Clerk of Court shall file this Order in the underlying related criminal action, Case No. CR-15-08236-PCT-SPL; and

5. That the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 3rd day of June, 2020.

Honorable Steven P. Logan
United States District Judge